Minute Order Form (rev. 4/99) JUDGE MANNING 04 GJ 700

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | MAGISTRATE JUDGE NOLAN | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 05 CR 879 | DATE | APRIL 26, 2006 |
| CASE TITLE | US V. IMRE SZANTO, ETAL. (SEE ATTACHMENT) | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

**GRAND JURY PROCEEDING AND REQUEST TO SEAL**

The Grand Jury for the SPECIAL SEPTEMBER 2005 Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge ____________

**Docket Entry:**

DETENTION ORDER PREVIOUSLY ISSUED IN 05 CR 879 TO STAND AS TO IMRE SZANTO. BOND SET BY MAGISTRATE IN 05 CR 942 TO STAND AS BOND IN THIS INSTANCE AS TO PASITH PHOMSALY. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142 AS TO HIEP VAN NGUYEN. BOND SET BY MAGISTRATE IN 05 CR 937 TO STAND AS BOND IN THIS INSTANCE AS TO TUAN HUYNH, DAVID CHAN, CUONG DANG, KHAMMAY SAYAVONGSA, SAAT YOUSEF HERMIZ, BRIAN CHEUNG AND PHO DUC TRAN. BENCH WARRANT ISSUED ON NOVEMBER 16, 2005; DEFENDANTS ARE FUGITIVES AS TO NHAN VIET NGUYEN, SONYA JOHNSON, CHESTER ARMSTRONG AND MARCOS LOPES. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANTS DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142. NO BOND SET; DETAINED BY MAGISTRATE IN 05 CR 937 AS TO BAO LAM.

FILED

J N APR 26 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Grand Jury for the SPECIAL SEPTEMBER 2005 Session,

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE ____________ (ONLY IF FILED UNDER SEAL)

| | | | | |
|---|---|---|---|---|
| No notices required, advised in open court.<br>No notices required.<br>Notices mailed by judge's staff.<br>Notified counsel by telephone.<br>Docketing to mail notices<br>Mail AO 450 form.<br>Copy to judge/magistrate judge. | | | Number of notices<br>Date docketed<br>Docketing dpty. initials<br>Date mailed notice<br>Mailing dpty. initials | DOCKET# |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | | |

UNITED STATES OF AMERICA

V.

IMRE SZANTO

HIEP VAN NGUYEN, aka "Thai"

NHAN VIET NGUYEN, aka "Tom" and "Sonny"

TUAN T. HUYNH, aka "Luat"

BAO LAM, aka "Mr. B" and "Mr. Bao"

SONYA JOHNSON

CHESTER NORMAN ARMSTRONG

DAVID CHAN

CUONG DANG

KHAMMAY SAYAVONGSA

SAAT YOUSEF HERMIZ

MARCOS ANTONIO LOPES

BRIAN CHEUNG

PASITH PHOMSALY

PHO DUC TRAN, aka "Uncle"