UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 05 CR 0879 |
| | ) | |
| IMRE SZANTO, et al | ) | Judge John Z. Lee |

WITHDRAWAL OF AUSA SHAKESHAFT

Please take notice that Former Assistant United States Thomas D. Shakeshaft is no longer assigned to this case.

Respectfully submitted,

JOEL R. LEVIN
Acting United States Attorney

By: /s/ Matthew M. Getter
Matthew M. Getter
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-7651